BankOne
PO Box 901008
Fort Worth TX 76101-2008

Capital One
PO Box 6000
Seattle WA 98190

Countrywide Home Loans
PO Box 660694
Dallas TX 75266-0694

MBNA America
PO Box 15026
Wilmington DE 19850-5026

Sears
PO Box 105486
Atlanta GA 30348-5486

Wells Fargo
PO Box 10335
Des Moines IA 50306

Wells Fargo Bankruptcy Unit
7000 Vista Drive
MAC # N8235-49
West Des Moines IA 50266

Wells Fargo Financial
PO Box 5058
Sioux Falls SD 57117

Yard Card
PO Box 731
Mahwah NJ 07430