MN - 200
(Rev'd 10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: ) | |
| HUGHES, CURTIS DONALD ) | CHAPTER 7 |
| HUGHES, TRESSA LOUISE ) | CASE NO. 05-40705-RJK |
| ) | |
| ) | |
| Debtor(s). ) | |

## NOTICE TO U.S. TRUSTEE OF SALE

The undersigned trustee of the estate of the debtor(s) named above will sell property of the estate follows and moves the Court for such orders as may be necessary or appropriate:

Estate's interest in:

Lot 2 in Block 1, in Academy Acres Second Addition, McLeod County
Property Address:    3 Northwoods Avenue, Hutchinson, MN  55350

TO:    Jeremy and Susan Noyes, ("Purchasers") a married couple for the sum of $1500.00

This real estate was subject to a purchase agreement signed prior to the entry of an order for relief.  Pursuant to the Purchase Agreement the Purchasers have agreed to purchase the real estate for the sum of $145,000.00.  There is a mortgage in favor of Countrywide Homes Loans in the approximate amount of $125,451.79; closing costs are approximately $14,338.61.  The net equity in the real estate is approximately $5,209.30.  There may be additional expenses (utilities and garbage) prior to closing in the approximate amount of $1000.00.  The Debtor's claim $2,657.34 as exempt.  Trustee believes that said consideration is fair and reasonable.  The property is rental property and was originally sold on a contract for deed.  The contract has been cancelled.  The property is in need of extensive repair.

Closing on the real estate is scheduled for May 2, 2005.

The trustee states that there is no creditors' committee and that no entity has filed a request for notice or filed a notice of appearance, pursuant to applicable rules.

Dated:    April 4, 2005                              /e/Timothy D. Moratzka
                                                      TIMOTHY D. MORATZKA
                                                      1400 AT&T TOWER
                                                      901 MARQUETTE AVENUE
                                                      MINNEAPOLIS, MN  55402-2859
                                                      (612) 305-1400

**CERTIFICATE.** The United States Trustee hereby acknowledges service and certifies that the United States Trustee has reviewed and agrees with the reduced notice and the disposition of the property described in the foregoing instrument.

Dated:  4/6/05

Habbo G. Fokkena
United States Trustee

By:  *Tom Kleiner*

TDM/ldj#738636v1