UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

IN RE: Bky. No. 05-40705-RJK

CURTIS DONALD HUGHES
TRESSA LOUISE HUGHES

Chapter 7

Debtor

---

NUNC PRO TUNC
APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEY,
VERIFIED STATEMENT AND ORDER

---

1. Applicant is the Trustee in this case.

2. Applicant believes that the employment of an Attorney is necessary to represent or assist Trustee in carrying out the Trustee's duties as follows: review listing agreements, review purchase agreements, prepare real estate closing documents and prepare and file estate's tax returns, if necessary.

3. Timothy D. Moratzka and Mackall, Crounse & Moore of 1400 AT&T Tower, 901 Marquette Avenue, Minneapolis, Minnesota are qualified by reason of practice and experience to render such representation or assistance.

4. The compensation will be at the regular hourly rates of Mackall, Crounse & Moore as follows:

   **a.** Members: current rates range from $165 to $350 per hour.
   Tax preparation will be $200.00 per hour.

   b. Associate attorneys: current rates generally range between $140 and $200 per hour depending upon their level of experience.

   c. Paralegals: current rates range from $100 to $150 per hour.

These rates are adjusted annually.

Attorneys anticipated to work on file are Timothy D. Moratzka, Patrick C. Summers, and Andrew Moratzka.

Paralegals anticipated to work on file are Lorraine D. Jacobson

      5.     Said professional has disclosed to the undersigned that he has the following connections with the Debtor(s), creditors, or any other party-in-interest: Timothy D. Moratzka is a member with the law firm of Mackall, Crounse & Moore.

      6.     The Trustee has made the following efforts to recover the asset prior to submitting this Application (to be completed where the Trustee is hiring an attorney): requested purchase agreements.

      WHEREFORE, applicant prays that the Court approve such employment by the Trustee.

DATED: April 27, 2005

                                                            By /s/Timothy D. Moratzka  
                                                            Timothy D. Moratzka, #75036  
                                                            1400 AT&T Tower  
                                                           901 Marquette Avenue  
                                                           Minneapolis, MN  55402  
                                                           (612) 305-1400

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:                                                        Bky. No. 05-40705-RJK

CURTIS DONALD HUGHES
TRESSA LOUISE HUGHES

                                                                                            Chapter 7

         Debtor(s)

### VERIFIED STATEMENT OF TIMOTHY D. MORATZKA

Timothy D. Moratzka, being duly sworn on oath states as follows:

1. That I am a duly licensed attorney authorized to practice law in the State of Minnesota and this court.

2. That I am a member with the law firm of Mackall, Crounse & Moore.

3. That I have disclosed to the Chapter 7 Trustee herein, that I have no connections with the Debtor nor connections with creditors or any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee, None

4. That I serve as a Chapter 7 Panel Trustee for the District of Minnesota, Region 12.

FURTHER YOUR AFFIANT SAITH NOT.

Dated: <u>April 27, 2005</u>

                                                      /e/Timothy D. Moratzka
                                                    Timothy D. Moratzka

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

IN RE:                                                                                                  BKY. NO. 05-40705-RJK

CURTIS DONALD HUGHES
TRESSA LOUISE HUGHES
                                                                                                                CHAPTER 7

           DEBTOR(S)

_____

ORDER

On _____, 2005 the Application to Employ Timothy D. Moratzka of Mackall, Crounse & Moore as attorney of the estate came before the undersigned. Based on the Application, the Recommendation of the Unites States Trustee, and pursuant to the provisions of Title 11, United States Code § 327,

IT IS HEREBY ORDERED the professional employment applied for is hereby approved subject to the limitations on compensation provided by Title 11, United States Code, §328.

DATED: _____                    _____
                                                                                    UNITED STATES BANKRUPTCY JUDGE

TDM/ldj#741979v1