UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

IN RE:  BKY. NO. 05-40705-RJK

CURTIS DONALD HUGHES
TRESSA LOUISE HUGHES

CHAPTER 7

DEBTOR(S)

---

### ORDER

On __APRIL 27__, 2005 the Application to Employ Timothy D. Moratzka of Mackall, Crounse & Moore as attorney of the estate came before the undersigned. Based on the Application, the Recommendation of the Unites States Trustee, and pursuant to the provisions of Title 11, United States Code § 327,

IT IS HEREBY ORDERED the professional employment applied for is hereby approved subject to the limitations on compensation provided by Title 11, United States Code, §328.

DATED: __APRIL 29, 2005__

UNITED STATES BANKRUPTCY JUDGE

TDM/ldj#741979v1

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 04/29/05
Lori Vosejpka, Clerk, By SLW

9-1

```
Case: 05-40705     Form id: 122    Ntc Date: 04/29/2005    Off: 4     Page : 1
Total notices mailed: 3

Trustee    MORATZKA, TIMOTHY D   901 MARQUETTE AVE STE 1400,   MINNEAPOLIS, MN 55402
Aty        ROSS, PAUL E    ROSS & NORTON,   287 MARSCHALL RD STE 203-A,    SHAKOPEE, MN 55379
U S Trust  U S TRUSTEE,    US TRUSTEE OFFICE,    300 S 4TH ST RM 1015,    MINNEAPOLIS, MN 55415
```