UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

Curtis Donald Hughes
SSN XXX-XX-9276
Tressa Louise Hughes
SSN XXX-XX-3221

CHAPTER 7 CASE

CASE NO. 05-40705 RJK    (7-1)

Debtor.    ORDER

The above entitled matter came on for hearing upon motion of Countrywide Home Loans (hereinafter "Secured Creditor"), pursuant to 11 U.S.C. § 362 on May 5, 2005, at U.S. Courthouse, 300 South 4th Street, Minneapolis, Minnesota. Appearances were as noted in the record. Based upon the evidence adduced at said hearing, the arguments of counsel, and the Court being fully advised of the premises,

IT IS HEREBY ORDERED that Secured Creditor, its assignees and/or successors in interest, is granted relief from the stay of actions imposed by 11 U.S.C. § 362 with regard to that certain mortgage deed dated January 19, 2001, executed by Curtis D. Hughes, a married man, recorded January 22, 2001, as Document No. 308028 covering real estate located in Mulder County, Minnesota, legally described as follows, to-wit:

The North 64 feet of Lot 10, Block 5 in College Addition to Hutchinson

and may pursue its remedies under state law in connection with the subject note and mortgage deed. Notwithstanding Federal Rules of Bankruptcy Procedure 4001(a)(3), this Order is effective immediately.

Dated: May 5, 2005

_____
Judge of Bankruptcy Court

NOTICE OF ELECTRONIC FILING ENTRY ORDER OR JUDGEMENT
and Docket Entry Made
Vosejpka,    Clerk by:    MAY 0 5 2005

STATE OF MINNESOTA  
                        SS.  
COUNTY OF HENNEPIN

I, Lynn M. Hennen, hereby certify: I am Deputy Clerk of the United States Bankruptcy Court for the District of Minnesota; on May 5, 2005; I place copies of the attached:

# ORDER

in individual postage metered official envelopes addressed to each of the persons, corporations, and the firms at their last known addresses:

Habbo G. Fokkena, U.S. Trustee  
1015 U.S. Courthouse  
300 South Fourth Street  
Minneapolis, Minnesota 55415

James A. Geske, Esquire  
7650 Currell Boulevard  
Suite 300  
Woodbury, Minnesota 55125

Paul E. Ross, Esquire  
1057 Stoughton Avenue  
Suite 301  
Chaska, Minnesota 55318

I sealed and place the envelopes in the United States mail at Minneapolis, Minnesota.

_____  
LYNN M. HENNEN