MN-302
(Rev. 1/03)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 05-40705-RJK |
| HUGHES, CURTIS DONALD | ) | |
| HUGHES, TRESSA LOUISE | ) | TRUSTEE'S FINAL REPORT AND |
| | ) | PROPOSED DISTRIBUTION |
| Debtor(s) | ) | |

The undersigned Trustee submits the following Final Report and Proposed Distribution:

1. That attached hereto as Form 1 is an accounting of the trustee's disposition of all property of the estate.

2. That attached hereto as Form 2 is an itemized statement of the Trustee's receipts and disbursements showing total receipts of $7,410.29, disbursements of $11.50, and balance on hand of $7,398.79. The balance on hand **will** (choose one) remain in the estate's interest-bearing account until the date of distribution. The additional interest earned, if applicable, will be distributed pro-rata pursuant to the applicable section(s) of the Bankruptcy Code.

3. The trustee has examined all proofs of claim and all objections to such proofs have been determined by the Court or settled by the parties. The trustee has attached copies of any such orders or settlements.

4. The trustee proposes to pay the following liens, or other interests in property of the estate totaling $0.00 (not including interim disbursements reported on Form 2):

| Name of Entity | Nature of Interest | Proposed Payment |
|---|---|---|

No Lien Payments to Pay.

5. The maximum allowable trustee compensation is $1,491.03. The trustee has received $0.00 for interim compensation, and $0.00 for reimbursement of interim expenses and requests an additional $1,491.03 for final compensation and an additional $35.61 for final reimbursement of expenses.

6. The trustee proposes to distribute the balance remaining after deduction of any amounts in paragraph 4 in accordance with 11 U.S.C. 726 as follows:

(a) $2,817.79, for administrative expenses not previously disbursed, including Trustee compensation and reimbursement requested in paragraph 5, Court costs, requests by professionals, agents and committees and other expenses necessary to preserve the estate as itemized below or in Exhibit A attached hereto:

| Name of Entity | Type of Service or Expense | Amount Requested | Amount to be Paid |
|---|---|---|---|
| TIMOTHY D. MORATZKA, Compensation | (see paragraph 5) | 1,491.03 | 1,491.03 |
| TIMOTHY D. MORATZKA, Expenses | (see paragraph 5) | 35.61 | 35.61 |
| MACKALL, CROUNSE & MOORE | Attorney for Trustee-fees | 1,277.50 | 1,277.50 |
| MACKALL, CROUNSE & MOORE | Attorney for Trustee-Costs | 13.65 | 13.65 |
| | Total | 2,817.79 | 2,817.79 |

(b)     $0.00  for priority creditors, in the order specified in §507(a) (2)-(9), as itemized below or in Exhibit B-1 attached hereto (if wage claims are paid, attach Exhibit B-2):

| Name of Entity | Claim No. | Priority Class | Amount Claimed | Amount to be Paid |
|---|---|---|---|---|

(c)     $4,581.00, for unsecured creditors allowed in the total amount of $15,911.62, yielding a dividend rate of 28.7902803%, as itemized below or in Exhibit C attached hereto:

| Name of Entity | Claim No. | Amount Claimed or Allowed | Amount to be Paid |
|---|---|---|---|
| WELLS FARGO FINANCIAL | 000001 | 4,402.16 | 1,267.39 |
| MBNA AMERICA | 000002 | 10,377.10 | 2,987.60 |
| TRANSAMERICA BANK | 000003 | 1,132.36 | 326.01 |
| Total | | $15,911.62 | $4,581.00 |

7.     The trustee's distribution of gross receipts of $7,410.29 from liquidation of all property of the estate is summarized below:

| | | | |
|---|---|---|---|
| $ | 1,491.03 | a. | Trustee Compensation |
| $ | 1,277.50 | b. | Fee for Attorney for Trustee |
| $ | 0.00 | c. | Fee for Attorney for Debtor |
| $ | 0.00 | d. | Other Professionals |
| $ | 60.76 | e. | All expenses, including Trustee and Court costs |
| $ | 0.00 | f. | Secured Creditors |

| | | | |
|---|---|---|---|
| $ | 0.00 | g. | Priority Creditors |
| $ | 4,581.00 | h. | Unsecured Creditors |
| $ | 0.00 | i. | Other payments, <u>except to debtor</u> (including interests other than secured claims and exemptions to debtors--i.e. payment of a co-owner's interest in property liquidated by Trustee) |
| $ | 7,410.29 | j. | SUBTOTAL (sum lines a through i) |
| $ | 0.00 | k. | Payments to Debtor (including payments of exemptions) |
| $ | 7,410.29 | l. | TOTAL DISBURSEMENTS (sum of j and k) |

8. The undersigned trustee certifies to the Court and the United States Trustee that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claim as appropriate under the proposed distribution, attached hereto, is proper, and consistent with the law and rules of the Court, and that I have no agreement or understanding, expressed or implied, with anyone as to any division of fees in the above matter.

WHEREFORE, the trustee requests that the Final Report and Proposed Distribution be accepted.

Dated:  June 20, 2007                               /e/Timothy D. Moratzka
                                                    TIMOTHY D. MORATZKA, Trustee
                                                    1400 AT&T TOWER
                                                    901 MARQUETTE AVENUE
                                                    MINNEAPOLIS, MN 55402-2859
                                                    (612) 305-1400

## REVIEW BY UNITED STATES TRUSTEE

I have reviewed the Trustee's Final Report and Proposed Distribution.

Dated:  7/26/07                                     Habbo G. Fokkena
                                                    UNITED STATES TRUSTEE,
                                                    Region 12

                                                    By: [signature]

TDM/ldj/846057v1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 05-40705 RJK Judge: ROBERT J. KRESSEL | Trustee Name: | TIMOTHY D. MORATZKA |
|---|---|---|---|
| Case Name: | HUGHES, CURTIS DONALD | Date Filed (f) or Converted (c): | 02/07/05 (f) |
|  | HUGHES, TRESSA LOUISE | 341(a) Meeting Date: | 03/17/05 |
| For Period Ending: | 06/18/07 | Claims Bar Date: | 10/26/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HOMESTEAD | 157,000.00 | 0.00 | DA | 0.00 | FA |
| 2. RENTAL LOT 2- - 3 NORTHWOODS | 130,000.00 | Unknown |  | 1,500.00 | FA |
| 3. RENTAL - NORTH 64' | 118,000.00 | Unknown | DA | 0.00 | FA |
| Order for relief from stay entered on 5/5/05 |  |  |  |  |  |
| 4. 2004 TAX REFUNDS (u) | 0.00 | 5,788.00 |  | 5,788.00 | FA |
| 5. WESTCONSIN C.U. (u) | 120.00 | 120.00 | DA | 0.00 | FA |
| 6. WELLS FARGO- CHECKING | 100.00 | 0.00 | DA | 0.00 | FA |
| 7. WELLS FARGO - SAVINGS | 100.00 | 0.00 | DA | 0.00 | FA |
| 8. HOUSEHOLD | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 9. WEAR APP | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 10. JEWELRY | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 11. IRA - PFS | 2,357.13 | 0.00 | DA | 0.00 | FA |
| 12. PRIMERICA IRA | 7,539.89 | 0.00 | DA | 0.00 | FA |
| 13. PRIMERICA IRA #114805863 | 3,610.63 | 0.00 | DA | 0.00 | FA |
| 14. PRIMAC IRA FOR SON SHANE | 0.00 | 0.00 | DA | 0.00 | FA |
| VALEU: 1371.97 |  |  |  |  |  |
| 15. PRIMERICA IRA FOR COLTEN HUGHES (SON) | 0.00 | 0.00 | DA | 0.00 | FA |
| VALUE: 1676.90 |  |  |  |  |  |
| 16. PRIMERICA IRA FOR COLHEN(SON) | 0.00 | 0.00 | DA | 0.00 | FA |
| VALUE: 114805863 |  |  |  |  |  |
| 17. 19915 GEO PRISM | 1,530.00 | 0.00 | DA | 0.00 | FA |
| 18. 2003 DOGE GRAND CARAVAN | 9,920.00 | 0.00 | DA | 0.00 | FA |
| 19. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 122.29 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $  437,777.65        $  5,908.00        $  7,410.29        $0.00

LFORM1

Ver: 12.10a

Case 05-40705    Doc 15    Filed 07/27/07    Entered 07/27/07 09:14:57    Desc Main
Document    Page 5 of 9

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Case No:       05-40705      RJK    Judge: ROBERT J. KRESSEL                           Trustee Name:              TIMOTHY D. MORATZKA
Case Name:     HUGHES, CURTIS DONALD                                                   Date Filed (f) or Converted (c):  02/07/05 (f)
               HUGHES, TRESSA LOUISE                                                   341(a) Meeting Date:       03/17/05
                                                                                       Claims Bar Date:           10/26/05

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3/29/O5:  Review 2004 tax returns.  Refunds may exceed allowable amount.  Sale of non-exempt real estate.  Est. closing 11/15/05.

Initial Projected Date of Final Report (TFR): 03/15/06          Current Projected Date of Final Report (TFR): 03/15/07

LFORM1    Ver: 12.10a

Case 05-40705  Doc 15  Filed 07/27/07  Entered 07/27/07 09:14:57  Desc Main
Document  Page 6 of 9

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-40705 -RJK | Trustee Name: | TIMOTHY D. MORATZKA |
|---|---|---|---|
| Case Name: | HUGHES, CURTIS DONALD | Bank Name: | BANK OF AMERICA |
| | HUGHES, TRESSA LOUISE | Account Number / CD #: | *******6533  Money Market - Interest Bearing |
| Taxpayer ID No: | *******0215 | | |
| For Period Ending: | 06/18/07 | Blanket Bond (per case limit): | $  18,736.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/03/05 | 2 | CROW RIVER TITLE GUARANTY, INC. | SALE OF 3 NORTH WOODS | 1110-000 | 1,500.00 | | 1,500.00 |
| 05/31/05 | 19 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 0.22 | | 1,500.22 |
| 06/06/05 | 4 | IRS | 2004 TAX REFUND | 1224-000 | 5,569.00 | | 7,069.22 |
| 06/06/05 | 4 | MINNESOTA DEPARTMENT OF REVENUE | 2004 STATE TAX REFUND | 1224-000 | 219.00 | | 7,288.22 |
| 06/08/05 | 000101 | INTERNATIONAL SURETIES, LTD  ATTN:  Ms. Bootie Farnsworth  210 Baronne Street  Suite 1700  New Orleans, LA  70112-1722 | BOND PREMIUM | 2300-000 | | 5.56 | 7,282.66 |
| 06/30/05 | 19 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 1.22 | | 7,283.88 |
| 07/29/05 | 19 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 1.54 | | 7,285.42 |
| 08/31/05 | 19 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 3.72 | | 7,289.14 |
| 09/30/05 | 19 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 3.59 | | 7,292.73 |
| 10/31/05 | 19 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 3.72 | | 7,296.45 |
| 11/30/05 | 19 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 3.60 | | 7,300.05 |
| 12/30/05 | 19 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 3.72 | | 7,303.77 |

Page Subtotals        7,309.33        5.56

LFORM24

Ver: 12.10a

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 05-40705 -RJK |
| Case Name: | HUGHES, CURTIS DONALD |
| | HUGHES, TRESSA LOUISE |
| Taxpayer ID No: | *******0215 |
| For Period Ending: | 06/18/07 |

| | |
|---|---|
| Trustee Name: | TIMOTHY D. MORATZKA |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6533  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 18,736.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/06 | 19 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 3.72 | | 7,307.49 |
| 02/28/06 | 19 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 5.21 | | 7,312.70 |
| 03/31/06 | 19 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 6.21 | | 7,318.91 |
| 04/28/06 | 19 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 6.01 | | 7,324.92 |
| 05/31/06 | 19 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 6.22 | | 7,331.14 |
| 06/12/06 | 000102 | International Sureties, Ltd<br>Attention:  Marley V. Miller<br>Suite 500<br>203 Carondeloet<br>New Orleans, A  70112 | Bond Premium #016018055 | 2300-000 | | 5.94 | 7,325.20 |
| 06/30/06 | 19 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 6.02 | | 7,331.22 |
| 07/31/06 | 19 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 6.23 | | 7,337.45 |
| 08/31/06 | 19 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 6.23 | | 7,343.68 |
| 09/29/06 | 19 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 6.03 | | 7,349.71 |
| 10/31/06 | 19 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 6.24 | | 7,355.95 |
| 11/30/06 | 19 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 6.05 | | 7,362.00 |

Page Subtotals   64.17   5.94

LFORM24

Ver: 12.10a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 05-40705 -RJK | | Trustee Name: | TIMOTHY D. MORATZKA |
|---|---|---|---|---|
| Case Name: | HUGHES, CURTIS DONALD | | Bank Name: | BANK OF AMERICA |
| | HUGHES, TRESSA LOUISE | | Account Number / CD #: | *******6533  Money Market - Interest Bearing |
| Taxpayer ID No: | *******0215 | | | |
| For Period Ending: | 06/18/07 | | Blanket Bond (per case limit): | $  18,736.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/29/06 | 19 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 6.25 | | 7,368.25 |
| 01/31/07 | 19 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 6.26 | | 7,374.51 |
| 02/28/07 | 19 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 5.66 | | 7,380.17 |
| 03/30/07 | 19 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 6.27 | | 7,386.44 |
| 04/30/07 | 19 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 6.07 | | 7,392.51 |
| 05/31/07 | 19 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 6.28 | | 7,398.79 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 7,410.29 | 11.50 | 7,398.79 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 7,410.29 | 11.50 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 7,410.29 | 11.50 | |
| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - Interest Bearing - *******6533 | 7,410.29 | 11.50 | 7,398.79 |
| | 7,410.29 | 11.50 | 7,398.79 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    36.79    0.00

LFORM24

Ver: 12.10a

# Compensation and Expenses Worksheet

**Case Number:** 05-40705 RJK
**Debtor:** HUGHES, CURTIS DONALD
**Joint Debtor:** HUGHES, TRESSA LOUISE

## 1. COMPUTATION OF COMPENSATION

Total disbursements to other than the debtor are:

| | | | |
|---|---|---|---|
| Pursuant to 11 U.S.C. § 326, compensation is computed as follows: | | | $7,410.29 |
| | $7,410.29 | 25% of First $5,000 | $1,250.00 |
| Less  - | $5,000.00 | ($1,250 Maximum) | |
| Balance | $2,410.29 | 10% of Next $45,000 | $241.03 |
| Less  - | $2,410.29 | ($4,500 Maximum) | |
| Balance | $0.00 | 5% of Next $950,000 | $0.00 |
| Less  - | $0.00 | ($47,500 Maximum) | |
| Balance | $0.00 | 3% of Balance | $0.00 |

|  |  |
|---|---|
| TOTAL COMPENSATION CALCULATED: | $1,491.03 |
| Less Previously Paid Compensation: | $0.00 |
| **TOTAL COMPENSATION REQUESTED:** | **$1,491.03** |

## 2. TRUSTEE EXPENSES

The Trustee has incurred the following expenses:

| | |
|---|---|
| COPY: Photocopy/Duplication Expense | $18.75 |
| POST: Postage | $9.96 |
| SUPPLY: Supplies & Stationery | $6.90 |
| TOTAL EXPENSES CALCULATED: | $35.61 |
| Less Previously Paid Expenses: | $0.00 |
| **TOTAL EXPENSES REQUESTED:** | **$35.61** |
| **TOTAL EXPENSES AND COMPENSATION REQUESTED:** | **$1,526.64** |