MN-304
(Rev'd 1/03)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 05-40705-RJK |
| HUGHES, CURTIS DONALD | ) | |
| HUGHES, TRESSA LOUISE | ) | **TRUSTEE'S FINAL ACCOUNT,** |
| | ) | **CERTIFICATION, AND APPLICATION** |
| Debtor (s) | ) | **FOR DISCHARGE** |

    The undersigned trustee certifies to the Court and the United States Trustee that this estate has been fully administered. A Trustee's Final Report and Proposed Distribution (TFR) has been filed and disbursements have been completed. The original bank statements and canceled checks evidencing the distribution have been submitted to the United States Trustee.

    The trustee's distribution of gross receipts of $7,429.55 is summarized below:

| | | | |
|---|---:|---|---|
| $ | 1,491.03 | a. | Trustee's Compensation |
| $ | 1,277.50 | b. | Fee for Attorney for Trustee |
| $ | 0.00 | c. | Fee for Attorney for Debtor |
| $ | 0.00 | d. | Other Professionals |
| $ | 60.76 | e. | All expenses, including Trustee and Court costs |
| $ | 0.00 | f. | Secured Creditors |
| $ | 0.00 | g. | Priority Creditors |
| $ | 4,600.26 | h. | Unsecured Creditors |
| $ | 0.00 | i. | Other Payments, except to Debtor (including interests other than secured claims and exemptions to debtors – i.e. payment of a co-owner's interest in property liquidated by trustee) |
| $ | 7,429.55 | j. | SUBTOTAL (sum of lines a through i) |
| $ | 0.00 | k. | Payments to Debtor (including payments of exemptions) |
| $ | 7,429.55 | l. | TOTAL DISBURSEMENTS (sum of lines j and k) |

    Therefore, pursuant to FRBP 5009, the trustee requests that this Final Account, Certification, and Application for Discharge be accepted, and that the Court close the case and discharge the trustee of any further duties.

Dated:   March 26, 2008                   /e/ TIMOTHY D. MORATZKA
                                                   TIMOTHY D. MORATZKA, Trustee
                                                   1400 AT&T TOWER
                                                   901 MARQUETTE AVENUE
                                                   MINNEAPOLIS, MN  55402-2859

MN-304
(Rev'd 1/03)

## REVIEW BY UNITED STATES TRUSTEE

      The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999, and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated:   4/14/08                                          HABBO G. FOKKENA
                                                                    UST23

                                                            By: _____

TDM/ldj/925508v1

# PROPOSED DISTRIBUTION

Case Number: 05-40705    RJK                               Page  1                                Date: March 22, 2008
Debtor Name: HUGHES, CURTIS DONALD \ HUGHES, TRESSA LOUISE

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $0.00 |
| | MACKALL, CROUNSE & MOORE | Admin | 025 | $1,277.50 | $1,277.50 | $0.00 | $0.00 | $0.00 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | MACKALL, CROUNSE & MOORE | Admin | 025 | $13.65 | $13.65 | $0.00 | $0.00 | $0.00 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | TIMOTHY D. MORATZKA COMPENSATION | Admin | 025 | $1,491.03 | $1,491.03 | $0.00 | $0.00 | $0.00 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | TIMOTHY D. MORATZKA EXPENSES | Admin | 025 | $35.61 | $35.61 | $0.00 | $0.00 | $0.00 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | Subtotals For Class Administrative   100.00000 % | | | $2,817.79 | $2,817.79 | $0.00 | $0.00 | |
| 000001 | WELLS FARGO FINANCIAL | Unsec | 070 | $4,402.16 | $1,272.72 | $3,129.44 | $0.00 | $0.00 |
| | | | Percent Paid: 28.91126 % | | | | | |
| 000002 | MBNA AMERICA | Unsec | 070 | $10,377.10 | $3,000.16 | $7,376.94 | $0.00 | $0.00 |
| | | | Percent Paid: 28.91135 % | | | | | |
| 000003 | TRANSAMERICA BANK | Unsec | 070 | $1,132.36 | $327.38 | $804.98 | $0.00 | $0.00 |
| | | | Percent Paid: 28.91130 % | | | | | |
| | Subtotals For Class Unsecured   28.91132 % | | | $15,911.62 | $4,600.26 | $11,311.36 | $0.00 | |
| | << Totals >> | | | $18,729.41 | $7,418.05 | $11,311.36 | $0.00 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.